MARIE DUDLEY, Appellant, *v.* ELIZABETH B. VANDERPOEL, Defendant.

CARROLL WHITAKER, Respondent.

*Dudley* v. *Vanderpoel,* 119 App. Div. 928, affirmed.
(Argued April 2, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 29, 1907, which affirmed an order of Special Term granting a motion for substitution of attorneys on condition that the

appellant herein pay her former attorney a certain sum for past services.

*Edward S. Peck* for appellant.

*Carroll Whitaker*, respondent, in person.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.